| | | |
|---|---|---|
| 1 | Bingham McCutchen LLP<br>JENNIFER G. REDMOND (SBN 144790) | |
| 2 | ADAM JOHN TULLMAN (SBN 235695)<br>Three Embarcadero Center | |
| 3 | San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000 | *E-FILED 11/30/06* |
| 4 | Facsimile:  (415) 393-2286 | |
| 5 | Attorneys for Defendant<br>ALLIANCE RESIDENTIAL COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLANCA AGUILAR,<br><br>              Plaintiff,<br><br>       v.<br><br>ALLIANCE RESIDENTIAL COMPANY and DOES 1-20, inclusive,<br><br>              Defendants. | No. C0503664 RS<br><br>STIPULATED DISMISSAL WITH PREJUDICE  AND ORDER THEREON |

STIPULATED DIMISSAL WITH PREJUDICE

SF/21692807.1/2024302-0000313358

1  The Plaintiff Blanca Aguilar ("Aguilar"), and the Defendant Alliance Residential
2  Company ("Alliance"), have settled all claims between them in this matter.
3  THEREFORE IT IS HEREBY STIPULATED by Aguilar and Alliance that the above-
4  captioned action, including all claims and counterclaims, be hereby dismissed in its entirety, with
5  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties request that the
6  Court so order.  Each party shall bear its own costs and attorneys' fees.
7  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
8  DATED:   November 30, 2006

/s/
Israel Ramirez
Ramirez & Martinez Law Offices
Attorneys for Plaintiff
Blanca Aguilar

DATED:   November 29, 2006

/s/
Adam Tullman
Bingham McCutchen LLP
Attorneys for Defendant
Alliance Residential Services

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.
17  DATED:   November 30, 2006

The Honorable Richard Seeborg
Magistrate Judge

STIPULATED DIMISSAL WITH PREJUDICE

2